AO 442 (Rev. 08/14) Arrest Warrant

UNITED STATES DISTRICT COURT
for the
District of New Mexico

COPY

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
|  | ) |
| Jesus Ernesto Gomez-Espinoza | ) |
| *Defendant* | ) |

CO Cse # 15-mj-1008-KMT

Case No. 1084 2:06CR01106-002RB

## NO BOND ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate judge without unnecessary delay (name of person to be arrested) Jesus Ernesto Gomez-Espinoza

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
The defendant admitted to cocaine use.

Date: 01·29·15

_____, U.S. District Judge
*Issuing Officer's signature*

City and state: Las Cruces, NM

MATTHEW J. DYKMAN, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on ( date ) _____, and the person was arrested on ( date ) _____
at ( city and state ) _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

District Version v6.1 LIVE DB                    https://ecf.nmd.circ10.dcn/cgi-bin/Dispatch.pl?727015137616744

Other Orders/Judgments

2:06-cr-01106-RB USA v. Fierro-Cordova CASE CLOSED on 06/27/2006

INT-SPA,RELEASE     *CO Cbc # 15-mj-1008-NmT*   COPY

U.S. District Court

District of New Mexico - Version 6.1

Notice of Electronic Filing

The following transaction was entered on 1/29/2015 at 2:15 PM MST and filed on 1/29/2015
Case Name:        USA v. Fierro-Cordova
Case Number:      2:06-cr-01106-RB
Filer:
Document Number:  77(No document attached)

Docket Text:
ORDER FOR ISSUANCE OF ARREST WARRANT as to Jesus Ernesto Gomez-Espinoza (RE: [76] Post Conviction - (12C) 2nd Amended Petition for Warrant or Summons ) by District Judge Robert C. Brack (jac)
[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.]

2:06-cr-01106-RB-2 Notice has been electronically mailed to:

Alfred Juarez Perez alfred.perez@usdoj.gov, Gloria.Evans@usdoj.gov, USANM.ECFCriminalLCR@usdoj.gov

Luis Rodriguez luis_rodriguez@nmcourt.fed.us

Branhan Dar Kemp branhan_kemp@nmcourt.fed.us

2:06-cr-01106-RB-2 Notice has been delivered by fax to:


2:06-cr-01106-RB-2 Notice has been delivered by USPS to:

Case 2:06-cr-01106-RB   Document 76 (Ex Parte)   Filed 01/28/15   Page 1 of 3

PROB 12C - (Rev. D/NM-8/2014)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW MEXICO

COPY

CO Csc #15-mj-1008-KMT

Second Amended Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Jesus Ernesto Gomez-Espinoza |
| Docket Number: | 2:06CR01106 -002RB |
| Assigned Judge: | Honorable Robert C. Brack, United States District Judge |
| Date of Original Sentence: | 06/27/2006 |
| Original Offense: | 31 U.S.C. 5332(a)(1): Bulk Cash Smuggling |
| Original Sentence: | 06/27/2006 |
| Date Supervision Recommenced: | 01/25/2010 |
| Date Supervision Expires: | 10/24/2010 |
| Other Court Action: | 08/31/2006 – Petition to Modify Conditions of Supervision filed with the Court, requesting that the defendant be required to participate in and successfully complete a substance abuse treatment program which may include testing; and that the defendant refrain from the use and possession of alcohol. |

01/22/2010 – Supervised release revoked. The defendant was sentenced to 98 days time served, followed by 9 months of supervised release.

09/20/2010 – Status Hearing held due to the defendant testing positive for cocaine on 08/23/2010. Zero tolerance imposed by the Court.

09/22/2010 – Petition for Revocation of supervised release filed with the Court advising that a drug test submitted by the defendant on September 14, 2010, returned positive for cocaine on September 21, 2010. The Court issued a warrant for the defendant's arrest on this same day.

11/12/2014 – Defendant arrested in the District of Colorado. Initial Appearance in Rule 5(c)(3) Proceedings before the Honorable Kathleen M. Tafoya, United States Magistrate Judge.

11/17/2014 – Identity, Detention and Preliminary Revocation Hearing held in the District of Colorado before the Honorable Kristen L. Mix. The defendant waived his Identity and Preliminary Hearings. The defendant was released on his personal recognizance with the condition that he report to the District of New Mexico on December 3, 2014, at 8:30 a.m.

12/03/2014 – Initial Appearance held before the Honorable Gregory B. Wormuth, United States Magistrate Judge. It was ordered the defendant would remain out of custody of conditions of release.

12/10/2014 – Show Cause and Detention Hearings held before the Honorable Gregory B. Wormuth, United States Magistrate Judge. The defendant failed to appear and the Court issued a bench warrant for Failure to Appear.

12/12/2014 – Defendant was arrested in the District of Colorado.

12/15/2014 – Initial Appearance held before Honorable Kristen L. Mix in the District of Colorado. Defendant was released under all previously imposed conditions.

01/08/2015 – Defendant appeared before Honorable Gregory B. Wormuth and waived Show Cause Hearing. Matter to be transferred to Honorable Robert C. Brack. Court had no authority to change previously imposed conditions of release set in District of Colorado.

## PETITIONING THE COURT

To issue a summons.

U.S. Probation Officer of the Court, Luis Rodriguez, alleges the offender has violated the following condition(s) of supervised release.

| Violation Type | Nature of Noncompliance |
|---|---|
| SC | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |
| | On September 21, 2010, the United States Probation Office received results for the drug test submitted by the defendant on September 14, 2010, which were positive for cocaine. |
| SC | The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer. |
| | The defendant failed to report to the United States Probation Office as instructed from October 2010 to November 2014. |
| MC | (NEW VIOLATION) The defendant shall refrain from any unlawful use of a controlled substance. |
| | On January 20, 2015, the defendant submitted a urine sample for testing which returned positive for cocaine. The defendant openly admitted using cocaine to USPO Lori Cross and signed an Admission Report on that same date. |

02/03/2015 08:29 3033353399 Case No. 1:15-mj-01008-KMT Document 1 filed 02/03/15 USDC Colorado pg 5 of 5 US MARSHALS PAGE 04/05

Case 2:06-cr-01106-..B Document 76 (Ex Parte) Filed 01/28/15 Page 3 of 3

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 01/28/2015.

Submitted:

*[signature]*
Luis Rodriguez
U.S. Probation Officer

Approved:  ☒ Phone Approval

Alfred Perez
575-522-2304
Assistant U.S. Attorney

Date: 01/28/2015