IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-mj-01008-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**JESUS ERNESTO GOMEZ-ESPINOZA**,

       Defendant.

_____

**NOTICE OF APPEARANCE**
_____

       The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       s/ Warren R. Williamson
       WARREN R. WILLIAMSON
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Email:  rick_williamson@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on February 5, 2015, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Martha Paluch, Assistant U.S. Attorney
  Email:  mark.barrett@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Mr. Jesus Gomez-Espinoza   (U.S. Mail)


        s/ Warren R. Williamson
        WARREN R. WILLIAMSON
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Email:  rick_williamson@fd.org
        Attorney for Defendant