

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294

Jeffrey P. Colwell
*Clerk of Court*

(303) 844-3433

February 9, 2015

U.S District Court
District of New Mexico
100 N. Church Street, Suite 280
Las Cruces, NM   88001

USA v. Jesus Ernesto Gomez-Espinoza
Colorado Case Number: 15-mj-01008 - KMT
Receiving Court Case Number:   06-cr-1106-RB

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov.   Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.


Sincerely,

Jeffrey P. Colwell, Clerk


by: s/ M. Davenport
       Deputy Clerk