**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 15-mj-01008-KMT

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JESUS ERNESTO GOMEZ-ESPINOZA,

     Defendant.

---

**PARTIES' STATUS REPORT AND MOTION**
**TO VACATE FEBRUARY 13, 2015 STATUS HEARING**

---

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, and the defendant, Jesus Ernesto Gomez-Espinoza, by and through his counsel Warren R. Williamson, Assistant Federal Public Defender, hereby provide the following information regarding the defendant's scheduled return to New Mexico.

Today, February 11, 2015, government counsel was advised by Supervisory United States Marshal Michael Thomas that the defendant is scheduled to be on a U.S. Marshal airlift on February 18, 2015, for return to New Mexico.

The Court scheduled a status hearing for Friday, February 13, 2015, to discuss the scheduled transportation of the defendant to New Mexico. In light of this information received from Supervisory U.S. Marshal Thomas, the parties respectfully request that the February 13, 2015 status hearing be vacated. In the event Mr. Gomez is not

transported on February 18, 2015, the parties will advise the Court.

Respectfully submitted,

*s/ Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov

*s/ Warren R. Williamson*
Attorney for Defendant
Office of the Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
(303) 294-7002
Rick Williamson@fd.org.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Warren R. Williamson
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
(303) 294-7002
Rick Williamson@fd.org.

Lori Cross
U.S. Probation Officer
1929 Stout Street, Suite C-120
Denver, CO  80294
(303) 335-2426
Lori Cross@cod.uscourts.gov

s/ Mariah Tracy
Mariah Tracy
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
(303) 454-0200
 Mariah.Tracy@usdoj.gov