IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-mj-01008-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS ERNESTO GOMEZ-ESPINOZA,

    Defendant.

---

**PROPOSED ORDER ON THE PARTIES' MOTION TO
VACATE FEBRUARY 13, 2015 STATUS HEARING**

---

THIS MATTER comes before the Court on the Parties' Status Report and Motion to Vacate February 13, 2015 Status Hearing, Doc. _____.

Upon good cause shown,

IT IS ORDERED that the status hearing in this case currently scheduled for 10:00 a.m. on February 13, 2015, is hereby VACATED.

DATED this _____ day of February, 2015.

_____
MICHAEL E. HEGARTY
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

1