**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 15-mj-01008-KMT

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JESUS ERNESTO GOMEZ-ESPINOZA,

     Defendant.

---

**GOVERNMENT'S STATUS REPORT  REGARDING
TRANSPORT OF DEFENDANT**

---

     The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby provides the following information regarding the defendant's scheduled return to New Mexico.

     In their status report filed February 11, 2015, the parties stated that they would advise the Court if Mr. Gomez-Espinoza was not transported back to New Mexico by today, February 18, 2015.

     Today, government counsel was advised by Supervisory United States Marshal Michael Thomas that the defendant's scheduled transport to New Mexico on a U.S. Marshal airlift was cancelled due to mechanical issues with the airplane.  All transports in and out of the District of Colorado were cancelled as a result of these mechanical issues.

     At this time, the U.S. Marshal's Service is making arrangements to drive Mr.

Gomez-Espinoza to New Mexico.

Supervisory United States Marshal Michael Thomas stated that he will advise government counsel as soon as Mr. Gomez-Espinoza is transported.  The government proposes filing a status report with the Court by next Friday, February 27, 2015, to advise the Court as to whether Mr. Gomez has been transported to New Mexico.

Respectfully submitted,

_s/ Martha A. Paluch_
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Warren R. Williamson
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
(303) 294-7002
Rick Williamson@fd.org.

Lori Cross
U.S. Probation Officer
1929 Stout Street, Suite C-120
Denver, CO  80294
(303) 335-2426
Lori Cross@cod.uscourts.gov

s/ Mariah Tracy_____
Mariah Tracy
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
(303) 454-0100
 Mariah.Tracy@usdoj.gov