

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294

Jeffrey P. Colwell
*Clerk of Court*

(303) 844-3433

February 9, 2015

U.S District Court
District of New Mexico
100 N. Church Street, Suite 280
Las Cruces, NM   88001

RECEIVED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

FEB 1 7 2015

USA v. Jesus Ernesto Gomez-Espinoza
Colorado Case Number: 15-mj-01008 - KMT
Receiving Court Case Number:   06-cr-1106-RB

MATTHEW J. DYKMAN
CLERK

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address
http://ecf.cod.uscourts.gov.   Any documents not available electronically are enclosed in paper
format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number
in your court in the enclosed envelope.

Sincerely,

Jeffrey P. Colwell, Clerk

by: s/ M. Davenport
       Deputy Clerk

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2015 FEB 24  PM 12: 52
JEFFREY P. COLWELL
CLERK
BY _____ DEP. CLK